IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHEILA KAY TURNAGE                                                           PLAINTIFF

V.                          4:20CV00252 JM

JC PENNEY CORPORATION                                                     DEFENDANT

## JUDGEMENT

For the reasons stated in the Court's order entered this day, Plaintiff's complaint is dismissed with prejudice.

IT IS SO ADJUDGED this 4th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE